1  MCGREGOR W. SCOTT
United States Attorney
2  KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:20-MC-00082-KJM-EFB

12                Plaintiff,

13        v.                           STIPULATION AND ORDER EXTENDING TIME
                                       FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $28,360.00 IN U.S.   AND/OR TO OBTAIN AN INDICTMENT
    CURRENCY,                          ALLEGING FORFEITURE
15
                  Defendant.
16  ────────────────────────────────

17        It is hereby stipulated by and between the United States of America and potential claimant

18  Christopher Reyes ("Reyes"), appearing in *propria persona*, hereby agree and STIPULATE as follows:

19        1.      On or about January 15, 2019, claimant Reyes filed a claim in the administrative

20  forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately

21  $28,360.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 22, 2019.

22        2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

24  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

25  other than the claimant has filed a claim to the defendant currency as required by law in the

26  administrative forfeiture proceeding.

27        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 14, 2020.

4. By Stipulation and Order filed April 10, 2020, the parties stipulated to extend to July 14, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 10, 2020, the parties stipulated to extend to August 14, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 14, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 14, 2020.

Dated:      8/6/2020                           MCGREGOR W. SCOTT
                                               United States Attorney


                                                /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney


Dated:      8/5/2020                            /s/ Christopher Reyes
                                               CHRISTOPHER REYES
                                               Appearing in *Propria Persona*
                                               (As authorized via phone)

2

IT IS SO ORDERED.

Dated:   August 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3